PER 18 U.S.C. 3170

SEALED

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION   ☑ INDICTMENT

CASE NO. **15-200**

SECT. J MAG. 5

Matter Sealed: ☐ Juvenile   ☐ Other than Juvenile
☐ Pre-Indictment Plea   ☑ Superseding   ☑ Defendant Added
☐ Indictment   ☐ Charges/Counts Added
☐ Information

USA vs.
Defendant: KENNETH HARRIS

Address:

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA   EASTERN Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Alana Chester
☒ U.S. Atty   ☐ Other U.S. Agency
Phone No. (504) 680-3000

Name of Asst. U.S. Attorney (if assigned): Brandon S. Long

☐ Interpreter Required   Dialect: _____

Birth Date: 1975
☑ Male   ☐ Female
☐ Alien (if applicable)

Social Security Number: xxx-xx-8573

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
FBI, Special Agent Jason Quick

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: Orleans   County

**DEFENDANT**

Issue: ☑ Warrant   ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☑ Fugitive

Defense Counsel (if any): _____
☐ FPD   ☐ CJA   ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS |
|---|

Total # of Counts 2 (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| | **SEE ATTACHMENT** | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Offense Level | Title and Section | Description of Offense | Count(s) |
|---|---|---|---|
| 4 | Title 21, U.S.C., § 841(a)(1) | Conspiracy to distribute and to possess with the intent to distribute a quantity of a mixture or substance containing a detectable amount of heroin | 1 |
| 4 | Title 21, U.S.C., § 843(b), and Title 18, U.S.C., § 2 | Used a communication facility in committing, causing and facilitating a violation | 18 |

**Defendant: Kenneth Harris**